UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BOUGHEY and<br>SUSAN SCHUMAN,<br>Plaintiffs,<br><br>v.<br><br>TOWN OF MAYNARD, JAMES<br>DAWSON, THOMAS NEWFELL<br>and ROBERT K. BROOKS,<br>Defendants | C.A. NO.: 2004-12010 WGY |

## DEFENDANTS' MOTION FOR LEAVE TO EXTEND TIME WITHIN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT – ASSENTED TO

Defendants move for leave to extend the time within which they must file an Answer or otherwise respond to Plaintiffs' Complaint by an additional fourteen (14) days, up to and including **January 20, 2005.** As grounds therefor, Defendants state that they require the additional two-week time period in order to prepare its response to Plaintiffs' pleading, and that this enlargement of time will not unduly delay the proceedings in this matter nor cause prejudice to the Plaintiffs. Moreover, this Motion is **ASSENTED TO** by counsel for the Plaintiffs.

Defendants,
TOWN OF MAYNARD, JAMES DAWSON,
THOMAS NEWFELL, and ROBERT K. BROOKS,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

ASSENTED TO:


_____
Damon Scarano, Esquire
Attorney at Law
60 Commercial Wharf
Boston, MA 02110
(617) 367-0395

Dated: January 4, 2005