AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

(4cv)

District of _____

Thomas Boughey
Susan Schurman
V.
Maynard Police officer
Thomas Newell
et.al.

**SUMMONS IN A CIVIL ACTION**

FILED
IN CLERK'S OFFICE

2005 JAN -5  P 1: 19

DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

TO: (Name and address of Defendant)

Maynard Police officer Thomas Newell
Town of Maynard
One Summer Street
Maynard, MA. 01754

**04 CV 12010 WGY**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon Scarano Esquire
60 Commercial Wharf
Boston, MA. 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: ANASTAS

(By) DEPUTY CLERK

DATE: 9-16-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 18, 2004 |
| NAME OF SERVER (PRINT) Lawrence E. Hartnett | TITLE Constable/Disinterested Person |

Check one box below to indicate appropriate method of service

- [XX] Served personally upon the defendant. Place where served:
  Maynard Police Department 1 Summer Street Maynard, Ma. 01754

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $5.00 | SERVICES $30.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 18, 2004        _____
               Date                          Signature of Server

19 Dix Road Maynard, Ma. 01754
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.