AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

(4008)

FILED
CLERK'S OFFICE

2005 JAN -5 P 1:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

Thomas Beighey,
Susan Schumay

V.

Robert Brooks
et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 CV 12010 WGY**

TO: (Name and address of Defendant)

Robert Brooks
Fowler School
3 Tiger Drive
Maynard, MA. 01754

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon Scarano, Esquire
60 Commercial Wharf
Boston, Mass. 02110

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE   9-16-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 18, 2004 |
| NAME OF SERVER (PRINT) Lawrence E. Hartnett | TITLE Constable/Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Marilyn Brooks

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $5.00 | SERVICES $30.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 18, 2004         *signature*
             Date                Signature of Server

19 Dix Road Maynard, Ma. 01754
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.