%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

(4610)

FILED
CLERK'S OFFICE

2005 JAN -5  P 1:19

Susan Schurman
Thomas Boughey

V.

Maynard Police Officer
James Dawson
et al.

SUMMONS IN A CIVIL ACTION

DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

TO: (Name and address of Defendant)

Maynard Police Officer
James Dawson et al.
Town of Maynard
one Sunne St. Maynard, Ma. 01754

**04 CV 12010 WGY**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon Scarano, Esquire
60 Commercial Wharf
Boston, Ma 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

9-16-04

DATE

(By) DEPUTY CLERK  Pat Russo

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 17, 2004 |
| NAME OF SERVER *(PRINT)* Barbara A. Hartnett | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

Maynard Police Department 1 Summer Street, Maynard, Ma. 01754

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $5.00 | SERVICES $30.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 17, 2004                 *Barbara A. Hartnett*
                    Date                                              Signature of Server

                                    19 Dix Road, Maynard, Ma. 01754
                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.