UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BOUGHEY and SUSAN SCHURMAN, Plaintiffs, <br><br> v. <br><br> TOWN OF MAYNARD, JAMES DAWSON, THOMAS NEWFELL and ROBERT K. BROOKS, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. NO.: 2004-12010 WGY |

*FILED IN CLERK'S OFFICE 2005 JAN 21 P 1:32 U.S. DISTRICT COURT DISTRICT OF MASS*

## DEFENDANT TOWN OF MAYNARD'S MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST IT AND FOR SEPARATE AND FINAL JUDGMENT

Plaintiffs' claim stem from an incident that took place at the Fowler (Middle) School in Maynard on March 26, 2004. Each of the Complaint's three counts are levied against, among others, Defendant Town of Maynard ("Maynard"): Count I (Section 1983 Violation); Count II (Slander/Libel); and Count III (Intentional Infliction of Emotional Distress). Maynard now moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss each claim against Maynard because they fail to state a claim upon which relief can be granted.

Maynard is entitled to dismissal for three reasons: 1) a municipality cannot be found to be in violation of a Constitutional Right without proof of a policy or custom; 2) a municipality cannot be liable under § 1983 under principles of vicarious liability or *respondeat superior*; and 3) a municipality cannot be found to be liable for its employees' intentional torts. And since no just reason to delay exists, Maynard further asks the Court to enter separate and final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

In support of this Motion, Maynard files herewith **Defendant Town of Maynard's Memorandum in Support of its Motion to Dismiss Plaintiffs' Counts Against it**.

Respectfully submitted,

Defendant,

TOWN OF MAYNARD,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: January 20, 2005