UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BOUGHEY and<br>SUSAN SCHURMAN,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF MAYNARD, JAMES<br>DAWSON, THOMAS NEWFELL<br>and ROBERT K. BROOKS,<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. NO.: 2004-12010 WGY<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
IN CLERKS OFFICE
2005 JAN 21  P 1:32
U.S. DISTRICT COURT
DISTRICT OF MASS

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Attorney Daniel G. Skrip, the undersigned, certifies that, pursuant to Local Rule 7.1, he conferred with Plaintiffs' counsel to narrow the issues raised in ***Defendant Town of Maynard's Motion to Dismiss Plaintiffs' Claims Against it and for Separate and Final Judgment***, filed herewith. Unfortunately, the parties were unable to resolve their discovery dispute.

_____
Daniel G. Skrip

Dated: January 20, 2005

I [hereby certify that a copy] of the
above docu[ment was served] upon (each
party app[earing pro se and] the attorney
of rec[ord for each other p]arty by mail
[and/or] by h[and) on] 1-20-05
_____