UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                           Civil Action
                                                           No:04-12010-WGY

**BOUGHEY, ET AL**
**Plaintiff**

v.

**MAYNARD, ET AL**
**Defendant**

NOTICE OF HEARING

**YOUNG, C.J.**

      TAKE NOTICE that the above-entitled case has been set for Hearing on the Defendant Maynard's  Motion to Dismiss  at 2:00 PM , on THUR. MARCH 3 , 2005.  The hearing will take place at :

BOSTON UNIVERSITY SCHOOL OF LAW
LAW AUDITORIUM, GROUND FLOOR
765 COMMONWEALTH AVE.
BOSTON

Opposition is due FORTHWITH. Reply,if any, is due by 2/18/05

                                                                    **By the Court,**

                                                                    /s/ Elizabeth Smith

                                                                    **Deputy Clerk**

February 7, 2005

**To: All Counsel**