UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR -4  P 4: 04

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| THOMAS BOUGHEY and <br> SUSAN SCHUMAN, <br>     Plaintiffs, <br><br> v. <br><br> TOWN OF MAYNARD, JAMES <br> DAWSON, THOMAS NEWFELL <br> and ROBERT K. BROOKS, <br>     Defendants | C.A. NO.: 2004-12010 WGY |

## CERTIFICATE OF CLIENT CONSULTATION

(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Defendant James Dawson hereby certifies that he has conferred with his client regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ James Dawson_
James Dawson

_/s/ John J. Davis_
John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA  02110-1257
(617) 350-0950

Dated:  January 13, 2005