UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
THOMAS BOUGHEY and          )
SUSAN SCHUMAN,              )
      Plaintiffs,           )
                            )
v.                          )     C.A. NO.: 2004-12010 WGY
                            )
TOWN OF MAYNARD, JAMES      )
DAWSON, THOMAS NEWFELL      )
and ROBERT K. BROOKS,       )
      Defendants            )
                            )
```

## CERTIFICATE OF CLIENT CONSULTATION
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Defendant Robert K. Brooks hereby certifies that he has conferred with his client regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Robert K. Brooks

_____
John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950

Dated: January 13, 2005