UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS BOUGHEY and )
SUSAN SCHURMAN, )
    Plaintiffs, )
)
v. )    C.A. NO.: 2004-12010 WGY
)
JAMES DAWSON, THOMAS )
NEWFELL and ROBERT K. )
BROOKS, )
    Defendants )

## DEFENDANTS' STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Defendants submit this Statement Regarding Pretrial Schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's directive from the bench on March 3, 20005. Unfortunately, Defendants have been unable to gather Plaintiffs' input as yet. Nonetheless, the following schedule is consistent with Judge Young's directive at the hearing addressing Maynard's motion to dismiss:

| Date | Discovery and Pretrial | |
|---|---|---|
| 3/31/05 | Deadline for amendments to pleadings | |
| 7/1/05 | Deadline for Completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions | |
| 7/15/05 | Deadline for filing dispositive motions; if either party determines that such a motion is appropriate. A moving party may file a reply to the opposition of the responding party. One extension of time for response and one for the reply may be agreed upon by the parties without the consent of the Court. | |
| 8/8/05 | Plaintiffs to disclose experts and expert reports | |
| 8/15/05 | Defendants to disclose experts and expert reports | |
| 9/1/05 | Depositions of Plaintiffs' experts to be completed | |
| 9/5/05 | Depositions of Defendants' experts to be completed | |
| Per court order | **Final Pretrial conference** | |
| 9/6/05 | **Placed on Trial Rotation** | |
| | | |

1

Defendants understand that this discovery schedule assumes the cooperation of the parties, and third party witnesses and expert witnesses. Defendants agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the availability of fact or expert witnesses due to vacation or work schedules. Further, Defendants agree that they may move the court for an extension of the expert witness disclosure deadline and deadline for depositions of expert witnesses in the event a decision on a summary judgment motion is not issued in advance of the date the Defendants are to disclose expert witnesses and produce the expert's report.

### Alternate Dispute Resolution

Defendants submit that a non-binding mediation may be appropriate either during the course of discovery or after discovery is completed, but would be premature at this early point in the case.

### Settlement

The parties have discussed settlement but have been unable to reach agreement as of this date. Defendants have received a demand from Plaintiffs' counsel.

### Certifications

Defendants submit herewith the certifications required by Local Rule 16.1(D)(3)

Wherefore, Defendants respectfully request that the Court approve this Proposed Pretrial Schedule and Discovery Plan with such amendments as the Court deems just and proper.

The Defendants
By their Attorney

_____
Attorney Daniel G. Skrip, BBO # 629784
Pierce Davis & Perritano, LLP
10 Winthrop Sq
Boston, MA 02110
(617) 350-0950

Dated:     April 1, 2005

I hereby certify that a copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 4/1/05