UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BOUGHEY and SUSAN SCHUMAN, Plaintiffs, <br><br> v. <br><br> TOWN OF MAYNARD, JAMES DAWSON, THOMAS NEWFELL and ROBERT K. BROOKS, Defendants | C.A. NO.: 2004-12010 WGY |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Mass.R.Civ.P. 41(a)(1)(ii), hereby stipulate that said action, be dismissed, with prejudice and without costs, and waiving all rights of appeal.

Plaintiffs,
THOMAS BOUGHEY and
SUSAN SCHUMAN,

By their attorney,

_____
Damon Scarano, Esquire
Attorney at Law
60 Commercial Wharf
Boston, MA 02110
(617) 367-0395

Defendants,
TOWN OF MAYNARD, JAMES DAWSON,
THOMAS NEWFELL, and ROBERT K. BROOKS,

By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: July __, 2005

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 7-26-05.